UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                        NO. CIV. S-08-308 LKK/EFB

    Plaintiff,

  v.

PUSH CART, INC., et al.,

    Defendants.
                                  /

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES WHICH THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  A FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER SANCTIONS WITHIN THE POWER OF THE COURT, INCLUDING DISMISSAL OR AN ORDER OF JUDGMENT.

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on April 28, 2008.  Scott M. Johnson appeared as counsel for plaintiff; Cris C. Vaughan appeared as counsel for defendant Push Cart, Inc.  After hearing, the court

1

1  makes the following findings and orders:

2  **SERVICE OF PROCESS**

3  Service upon Melrose Westwood shall be accomplished within
4  sixty (60) days from the effective date of this order, or the
5  complaint will be dismissed as to the then unserved defendant(s)
6  unless the court specifically orders otherwise.

7  **FURTHER STATUS (PRETRIAL SCHEDULING) CONFERENCE**

8  A further status conference is set for July 25, 2008 at 2:30
9  p.m.  (The parties are reminded that status reports must be filed
10 and served not later than ten (10) days preceding the status
11 conference.

12 **MISCELLANEOUS PROVISIONS**

13 Defendant Push Cart, Inc. may file a cross-complaint and serve
14 same within sixty (60) days.

15 IT IS SO ORDERED.

16 DATED:  April 29, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2